UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Mary Donoghue,<br><br>          Plaintiff,<br>   v.<br><br>Paypal Credit f/k/a Bill Me Later, Inc.; and DOES 1-10, inclusive,<br><br>          Defendants. | Civil Action No.:  1:16-cv-1530<br><br>**COMPLAINT AND**<br>**DEMAND FOR JURY TRIAL** |

For this Complaint, the Plaintiff, Mary Donoghue, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act 47 U.S.C. § 227, *et seq.* ("TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. The Plaintiff, Mary Donoghue ("Plaintiff"), is an adult individual residing in Fountaintown, Indiana, and is a "person" as defined by 47 U.S.C. § 153(39).

4. The Defendants Paypal Credit f/k/a Bill Me Later, Inc. ("PayPal"), is a Maryland business entity with an address of 351 West Camden Street, Baltimore, Maryland 21201, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual agents employed by PayPal and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. PayPal at all times acted by and through one or more of the Agents.

## FACTS

7. Within the last year, PayPal began placing calls to Plaintiff's cellular telephone, number 765-xxx-2228, in an attempt to collect a consumer debt allegedly owed by Plaintiff.

8. At all times mentioned herein, PayPal contacted Plaintiff using an automated telephone dialer system ("ATDS" or "predictive dialer") and/or by using an artificial or prerecorded voice.

9. When Plaintiff answered calls from PayPal, she heard silence and then a prerecorded message instructing Plaintiff to hold for the next available representative.

10. In or around December 15, 2015, Plaintiff spoke with PayPal and requested that all calls to her cease.

11. Despite having been so informed, PayPal continued placing automated calls to Plaintiff's cellular telephone.

## COUNT I

## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, *ET SEQ.*

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein and within the last year, the Defendants called Plaintiff on her cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

14. The Defendants continued to place automated calls to Plaintiff's cellular telephone after being directed by Plaintiff to cease calling and knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

15. The telephone number called by the Defendants was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

16. The calls from the Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. Each of the aforementioned calls made by the Defendants constitutes a violation of the TCPA.

18. Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

19. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

**JURY TRIAL DEMANDED ON ALL COUNTS**

Dated: June 21, 2016

                                            Respectfully submitted,

                                            By /s/ Amy L. Cueller

                                            Amy L. Cueller, Esq., #15052-49
                                            The Cueller Law Office
                                            Inland Building
                                            156 E. Market Street, Suite 600
                                            Indianapolis, IN 46204
                                            Telephone (317) 225-4588
                                            Facsimile: (317) 245-0204

                                            Of Counsel to:
                                            LEMBERG LAW, L.L.C.
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile:  (203) 653-3424
                                            E-Mail: acueller@lemberglaw.com
                                            Attorneys for Plaintiff