UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Mary Donoghue, | : |
| | : Civil Action No.: 1:16-cv-01530-WTL-MJD |
| Plaintiff, | : |
| v. | : |
| | : Approved on 1/19/2017. |
| PayPal Inc., | : s/William T. Lawrence, Judge |
| | : Notice via ECF |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Mary Donoghue | PayPal, Inc. |
|---|---|
| /s/ Amy L. Cueller | /s/ Parwana Noorzad |
| Amy L. Cueller, Esq. | Lucy R. Dollens, #23547-49 |
| LEMBERG LAW, LLC | Parwana Noorzad, #29412-49 |
| 43 Danbury Road, 3rd Floor | QUARLES &BRADY, LLP |
| Wilton, CT 06897 | 135 N. Pennsylvania Street, Suite 2400 |
| (203) 653-2250 | Indianapolis, IN 46204 |
| E-Mail: acueller@lemberglaw.com | (317) 957-5000 |
| Attorney for Plaintiff | Attorneys for Defendant |

_____
SO ORDERED